# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LARRY BARRETT, | : Case No. 3:16-cv-112 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on June 12, 2017 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability finding is reversed and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for payment of benefits; and

3. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 6-27-17

Walter H. Rice
United States District Judge